■ In the Matter of SIDNEY BASSIN et al., Respondents, v. THOMAS F. McCOY, as State Administrator of the Administrative Board of the Judicial Council of the State of New York, Appellant.— Judgment,

Concur — Markewich, J. P., Nunez and Tilzer, JJ.; McNally and Steuer, JJ., concur in the following memorandum: We concur on constraint of *Matter of Ainsberg* v. *McCoy* (26 N Y 2d 56).